**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6990**

———————————

CARL KOFI MAYERS,

Plaintiff - Appellant,

versus

TOMMIE SMITH, Officer, acting in his
individual capacity and under color of law;
JOHN DOE,

Defendants - Appellees,

and

UNITED STATES OF AMERICA,

Party in Interest.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Chief
District Judge. (CA-00-1961-AM)

———————————

Submitted: September 12, 2002      Decided: September 23, 2002

———————————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Carl Kofi Mayers, Appellant Pro Se.  Steven E. Gordon, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl Kofi Mayers appeals the district court's orders dismissing his complaint against two federal correctional officers under 28 U.S.C. § 1915A (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mayers v. Smith, No. CA-00-1961-AM (E.D. Va. April 4 2002; May 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED